**M. Rodney JONES, a/k/a Rodney E. Jones, a/k/a Rodney M. Jones, Plaintiff–Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Gene Noles, South Carolina Official; James E. Sligh, Jr., South Carolina Official; Judy Anderson, South Carolina Official; Gary Maynard, South Carolina Official; Sharon James, South Carolina Official; David Crisp, South Carolina Official; Phillip E. McLeod, South Carolina Official; Debra Barnwell, South Carolina Official; Robert E. Ward; Gregory Gosnell; Ms. Whitaker; William White; W. Greg Ryberg, Defendants–Appellees.**

No. 03–6102.

United States Court of Appeals, Fourth Circuit.

Submitted May 7, 2003.

Decided May 27, 2003.

M. Rodney Jones, Appellant Pro Se. Daniel Roy Settana, Jr., McKay, McKay & Settana, P.A., Columbia, South Carolina, for Appellees.

Before MICHAEL, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

M. Rodney Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Jones' motions for appointment of counsel and affirm for the reasons stated by the district court. *See Jones v. South Carolina Dep't of Corr.*, No. CA–02–1109–24–3 (D.S.C. filed Dec. 24, 2002 & entered Dec. 26, 2002). We deny Jones' motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*